185 Morgan Owner LLC
PO Box 2194
Hicksville, NY 11802

888 17th St. Corp
888 17th ST NW, Ste 205
c/o Brawner Mgmt
Washington, DC 20006

ABC Imaging of Washington, Inc.
8474 Tyco Rd
Unit C
Vienna, VA 22182

ACME Paper & Supply Co., Inc.
8229 Sandy Court
PO Box 422
Savage, MD 20763

Agnew, Demetrius
4213 Brooks St NE Apt 301
Washington DC, 20019

Aguiluz, Angel
12611 Holdridge Road
Silver Spring, MD 20906

Albanes Menjivar, Rosa
3404 25Th St S
Arlington, VA 22206

Alcala Redman, Angel
5407 16Th Ave
Apt T4
University Park, MD 20782

Alcala Redman, Maria Carolina
2914 Damson Ave
Silver Spring, MD 20902

Alexander, Anthony
3417 W Le Moyne
Chicago, IL 60651

Alfaro, Karina
3213 University City Blvd W
#21
Kensington, MD 20895

Alvarado Monterrosa, Gloria del C
7415 Hendrick Drive
Hyattsville, MD 20784

Alvarado Reyes, Jennifer
1525 Jasper St
Silver Spring, MD 20902

Alvarez, Jim
1309 S Thomas Street
Arlington, VA 22204

Amaya, Carlos
7618 Georgia Ave NW
Washington, DC 20012

Amaya, Leslie
2300 Hermitage Ave
Silver Spring, MD 20902

Amaya, Sandra
4427 29Th Street
Brentwood, MD 20722

Amaya, Merary
1602 Keokee Street
Hyattsville, MD 20783

Amaya, Yuris
9121 Springhill Ln
APT 202
Greenbelt, MD 20770

Ameritel Corporation
15010 Boschart Road
Rockville, MD 20850

Amkas, Putri
9719 51St Avenue
College Park, MD 20740

Anagnos, Clarissa
7711 South Michigan Avenue
Chicago, IL 60619

Anajjar, Lahcen
302 E Deal Ave
Alexandria, VA 22301

Anazco, Diana C
1514 W Fry
Chicago, IL 60642

Aragon, Elizabeth
2307 S 59Th Ct
Cicero, IL 60804

Aramark Uniform Services
25259 Network Place
Chicago, IL 60673-1252

Arellano, Leticia
2125 N. Stave
Chicago, IL 60647

Arevalo, Brenda
1660 Thenia Place
Woodbridge, VA 22192

Arevalo, Raquel
1362 Quincy St NW
Washington, DC 20011

Argueta, Alexander
2708 Kirkwood Place
Hyattsville, MD 20782

Argueta, Ezequiel
5111 8Th Rd S
Arlington, VA 22204

Argueta, Jacquelin
7036 Eastern Ave
Washington, DC 20012

Argueta, Celia
1379 Quincy St NW
Washington, DC 20011

Ashton Park Associates III, LLC
4075 Wilson Blvd
Suite 440
Arlington, VA 22203

Aslam, Faisal
1920 Columbia Pike
Arlington, VA 22204

Astorga, Kimberly
2439 S Culpeper St.
Arlington, VA 22206

Ayala De Velis, Idalia A.
3808 Executive Avenue
Apt. A22
Alexandria, VA 22305

Ayala, Yolanda Del Carmen
3150 16Th Street NW Apt B1
Washington, DC 20010

B.F. Saul
7501 Wisconsin Avenue, Suite 1500E
Bethesda, MD 20814

B.L. Air Quality Inc
6150 Drum Point Rd
Deale MD, 20751

Baker, Terrell
827 21St NE
Washington, DC 20002

Baldor Specialy Foods
7715 Assateague Drive
Jessup, MD  20794

Balladares-Santos, Karina
12411 Braxfield Ct
Rockville, MD 20852

Ballpark Residential LLC
2300 Clarendon Blvd
Suite 710
Arlington, VA 22201

Baquedano, Maria del Carmen
4321 Duke St
Alexandria, VA 22304

Barahora, Orlin
1525 Jasper Street
Silver Spring, MD 20902

Barrientos, Stefanie
6177 Arlington Blvd
Falls Church, VA 22044

Barrientos, Leonor
5223 Kenilworth Avenue
Hyattsville, MD 20781

Barrow, Alex
3213 University City Blvd W
#21
Kensington, MD 20895

Batres Guevara, Moises
6101 16Th Street NW
Apt. 709
Washington, DC 20011

Ben, Andrew
4505 B Street Se
washington, DC 20019

Bernardino Lue, Arely Gloricel
2503 Parker Ave
Silver Spring, MD 20902

Bizerba USA Inc.
1804 Fashion Ct
Joppa, MD 21085

Black Iron Group
40 Richards Ave 3rd Floor
Norwalk, CT 06854

Blanco, Gilmer
800 South Florida St
Arlington, VA 22204

Bojorquez, Luis
1525 Jasper St
Silver Spring, MD 20902

Bojovic, Marko
108 Michigan Ave NE
Washington, DC 20017

Bonilla, Gaby
2108 Reedie Dr
Silver Spring, MD 20903

Boothe, Jacqueline
4425 Arnold Road
Suitland, MD 20746
Bosset, Jean-Luc
766 North Ripley St
Alexandria, VA 22304
Bowman, Justin
7321 Cross St
Forestville, MD 20747

Boyd, Semaj
1254 W Grenshaw
Chicago, IL 60607

Broadnax, Camille
2319 W 19Th Street
Chicago, IL 60608

Brown, Joel J
1351 E. 70Th
Chicago, IL 60637

Cabrera Hernandez, Alex
323 N Thomas St
Arlington, VA 22203

Cabrera, Wilson
20 Kenilworth Ave NE
Washington, DC 20019

Cabrera, Marvin
1209 7Th St NW
washington, DC 20001

Caceres, Hugo
7111 Mint Place
Alexandria, VA 22306

Calix, Jennifer
1312 Delafield Pl. NW
Washington, DC 20011

Campbell, Deandra
5119 Fitch St Se
Washington, DC 20019

Canton, Cleophus
4718 Heath St
Capital Heights, MD 20743

Carela, Altagracia
3404 39Th Place
Brentwood, MD 20722

Carranza, Veronica
3012 S. 17Th Street
Arlington, VA 22204

Casarrubias, Olivia
1416 R St.NW
Washington, DC 20009

Castillos, Ana
7303 16Th Pl
Haysttsville, MD 20783

Cedillo Ramos, Jose
Dennis Ave
Silver Spring, MD 20902

Cerbo, Nathaniel
5652 Thunder Hill Road
Columbia, MD 21045

Champion Utility Billing Services, LLC
5671 SE Crooked Oak Ave
Hobe Sound, FL 33455

Chicas Garcia, Deysi
3327 Chauncey Place
#102
Mount Rainer, MD 20712

City Carbonic
7709 W 98th St
Hickory Hills, IL 60457

CITY VISTA (E&A), LLC
1272 5th St NE
Suite 200
Washington, DC 20002

Clarke, Victor M
8711 Arliss St., Apt 301
Silver Spring, MD 20901

Claros, Benedicto
2553 Ross Rd
Silver Spring, MD 20106

Claros, Juana
1240 N Rolfe Street
Arlington, VA 22209

Compass Coffee
1535 7th St NW
Washington, DC 20001

CONCEPT SERVICES
12521 Amherst Dr
Austin, TX 78727

Constanza Orantes, Rosa
9951 Lee Highway
Fairfax, VA 22031

Corporation Guarantee & Trust Company
3331 Street Road
Ste 110
Bensalem, PA 19020

Cozzini Bros, Inc.
350 Howard Ave
Des Plaines, IL 60018

Cranshaw, Kyle
7335 S Stewart
Chicago, IL 60621

Crooked Monkey
1342 Florida Ave NW
Washington DC 20009

Cruz De Fuentes, Osiris Cecilia
4105 7Th Street NW
Washington, DC 20011

Cruz, Daniela Banessa
4283 58Th Ave
Apt 2
Bladensburg, MD 20710-1914

Cruz, Jose Emilio
1443 Spring Road NW
Apt. 302
Washington, DC 20010

Cruz, Sorayda M
7521 8Th St
Washington, DC 20012

Dade, Alice
1320 N Pierce St
Arlington, VA 22209

Daly, Crystal
4125 N. Keystone Ave.
Chicago, IL 60641

Davaa, Batochir
3900 Fairfax Drive #618
Arlington, VA 22203

De La Cruz, Rufino
1416 R St.Nw
Washington, DC 20009

De La Fuente, Madrid
4521 N Malden
Chicago, IL 60640

De Paolis-Quispe, Benecio
6359 Staghorn Ct
Alexandria, VA 22315

Del Cid, Claudia
813 Quackenbos St NW
Washington, DC 20011

Dempsey Uniform & Linen Supply
1530 Caton Center Drive, Suite K
Baltimore MD 21227

Developer Six, Inc.
16192 Coastal Highway
Lewes, DE 19958

Diallo, Boubacar
9785 Goodluck Road
#12
Lanham, MD 20706

Diaz, Antonio
2211 Calbert St
Hyattsville, MD 20783

Diemar, Melinda
901 Serenity Grove Terrace
Purcellville, VA 20132

DigiLink, Inc.
840 South Pickett St
Alexandria, VA 22304

Dodrill, Robert
13418 Daventry Way
Apt H
Germantown, MD 20874

Dominguez, Mariella
5501Trent Cort
Alexandria, VA 22311

Donald J. Weiss, Esq., PC
6 Dickinson Drive
Suite 110
Chadds Ford, PA 19317

Doric, Nemanja
3232 S 28Th Street
Apt 304
Alexandria, VA 22302

Douglas, Jeremiah Devon
5702 Queens Chapel Road
Apt. 1
Hyattsville, MD 20782

DRC GROUP, INC.
2420 14th St NW
803
Washington, DC 20009

ECOLAB FOOD SAFETY
655 Lone Oak Dr
Eagan, MN 55121

Emperatriz Hernandez, Mery
840 Berkshire Drive Apt. 3
Hyattsville, MD 20783

Enriquez, Alba E
1441 Somerset Pl NW
Washington, DC 20011

Erakovic, Aleksandar
15 Bronco Ct
Germantown, MD 20874

Escobar, Perla
2100 Hildarose Dr.
Silver Spring, MD 20902

Escobar, Emilio
438 Irving Street NW
Washington, DC 20010

Escobar, Erika
7701 Georgia Avenue NW Apt 601
Washington, DC 20012

ESKRIDGE, LLC
2985 District Ave
Suite 105
Fairfax, VA 22031

Estevez, Amanda
2622 Wagon Dr
Alexandria, VA 22303

Estrada, Luis
1212 South Thomas Street
Arlington, VA 22204

Faisal, Hiba
6713 Cobbs Rd
Alexandria, VA 22310

FEDERAL REALTY INVESTMENT TRUST
6110 Executive Blvd
Rockville, MD 20852

Fernández, Ana
3620 Stonesboro Rd
Fort Washington, MD 20744

Fernández, Kathy
3620 Stonesboro Road
Fort Washington, MD 20744

Fernandez, Priscila A
2806 Hollywood Road
#101
Falls Church, VA 22043

Filter, Morgan
4833 N Sawyer Ave
Chicago, IL 60625

First Detection Systems, Inc.
731 Linden Ave. #1
Elgin, IL 60120

Flores M, Martires Alexander
4213 Brooks St NE
Apt T3
Washington, DC 20019

Flores, Heidi
6746 Eastern Ave NW.
Washington, DC 20012

Flores, Franklin
1329 Randolph St NW
Washington, DC 20011

Foster, Damion
415 Ventura Avenue
Capitol Heights, MD 20743

FRANCE GRESHAM
506 Main St
Suite 205
Gaithersburg, MD 20878

Fuentes Cruz, Marlenis M.
6101 16Th Street NW
Apt. 709
Washington, DC 20011

Funez, Sandra E.
3634 Edison Street
Apt. 302
Alexandria, VA 22305

Galdamez, David A
11905 Ivahar St
Silver Spring, MD 20902

Garcia luis, Leticia
310 N Piedmont St
Arlington, VA 22203

Garcia, Lesly
3601 Easetern Ave
Mount Rainier, MD 20712

Garcia, Yeni
6201 20Th Place
Hyattsville, MD 20782

Garnes, Logan
2917 N Whipple Street
Chicago, IL 60618

Gavidia, Dina
3320Springdale Ave
Forestville, MD 20747

Gebremariam, Alazar G.
2002 Oliver Street
Hyattsville, MD 20782

Gebremeskei, Anteneh A
1440 Rock Creek Ford Road
#405
Washington, DC 20011

Giron, Merelyn
410 Delafield Pl NW
Washington, DC 20011

Giron, Seleny
410 Delafield Pl NW
Washington, DC 20011

Giron, Yexenia
410 Delafield Pl NW
Washington, DC 20011

GOLD CRUST BAKING CO., INC.
6200 Columbia Park Rd
Landover, MD 20785

Gomez Utuy, Gustavo
3701 16 Th St NW
Washington, DC 20010

Gomez, Ingrid
1610 Park Rd NW
Washington, DC 20010

Gomez, Roberto
1336 Missouri Ave N.W
Washington DC 20011


Gonzales Moran, Jose Saul
1320 Fairmont St NW
Washignton, DC 20010

Gonzales, Bessy
Four Mile 527
Alexandria, VA 22315

Gonzalez, Brenda
3506 6Th Street Se
Washington, DC 20032

Gonzalez, Daisy
129 Rittenhouse St
Washington, DC 20011

Gonzalez, Davon
3768 Hayes Street NE
Washington, DC 20019

Gonzalez, Leydi
4923 Beaungard St
Apt 201
Alexandria, VA 22312

Gonzalez-Martinez, Alesandra
632 Massachusetts Ave NE
APT 1
Washington, DC 20002

Gordon, Alex
11606 Twining Lane
Potomac, MD 20854

Government Properties Income Trust
11 Dupont Circle W
Suite 775
Washington, DC 20036

Granados, Joaquin
242 35Th St NE
Washington, DC 20019

Granados, Bertha
3325 Chauncy Pl
Mount Rainier, MD 20712

Granados, Rosa
2011 Lewisdale Drive
Hyattsville, MD 20783

Graves, Milan
1366 Hamilton Street NW
Washington, DC 20011

Gray, Le'Angela P
4651 Nannie Helen Burrough 108
Washington, DC 20019

Great Forest Management Services
2014 Fifth Ave
New York, NY 10035

Great Forest Sustainability Solutions
2014 Fifth Ave
New York, NY 10035

GREATER PEST SOLUTION
10007 Greenbelt Rd
Apt 301
Lanham, MD 20706

GRINDING COMPANY OF AMERICA INC.
105 Annabel Ave
Baltimore MD 21225

Guardian Fire Protection Services
7668 Standish Place
Rockville, MD 20855

Guevara Granados, Edith
3220 Chillum Rd.
Mount Rainier, MD 20712

Guevara, Yenny
3610 Marlbrough Way
College Park, MD 20740

Gutierrez Garcia, Claudia
5782 Dunster Ct
Alexandria, VA 22311

Hadpro
4723A Eisenhower Ave
Alexandria, VA 22304

Hampton, Ericka
2217 E. 69Th Street
Chicago, IL 60649

Hardy, Julian
5206 13Th St NW
Washington, DC 20011

Harri LLC
611 Broadway
Suite 309
New York, NY 10012

Hawkins, LaTravia
8519, 63Rd Ave
Berwyn Heights, MD 20740-2653

Henriquez, Martha
3145 Mount Pleasant St NW
APT 201
Washington, DC 20010

Henrriquez, Andres
7400 23Rd Ave
Hyattsville, MD 20783

Hernandez, Consuelo
6213 64Th Ave
Riverdale, MD 20737

Hernandez, Erika
780 W. Army Trail Rd
Carol stream, IL 60188

Hernandez, Jacqueline
2901 Allison St
Mount Rainer, MD 20712

Hernandez, Ricardo
120 S Huron Dr
Oxon Hill, MD 20745

Hernandez, Rosslin
Van Buren St
Hyattsville, MD 20782

Hernandez, Yanira
2717 Nicholson St
Hyattsville, MD 20782

Hernandez, Yulma
3260 Queenstown Dr
Mount Rainier, MD 20712

Hernandez, Nanci Y
9712 51St Ave
College Park, MD 20740

HERR FOODS, INC.
20 Herr Drive
PO Box 300
Nottingham, PA 19362

Herrera, Genesis
9010 Piney Branch Rd
Silver Spring, MD 20903

Herrera, Escarla M
3328 Buchanan St
Mount Rainer, MD 20712

Herrera, Yoceli
6947 Decatur St
Hyattsville, MD 20784

Hickman, Jeff
10890 Peachwood Drive
Manassas, VA 20110

Highland Baking Company
2301 Shermer Rd
Northbrook, IL 60062

Hill, Aaron
905 21St St NE
Washington, DC 20002

HINES 1200 NINETEENTH STREET LLC
1200 19th St NW
Suite 930
Washington DC 20036

HOBART SERVICE
4 Gloria Lane
Fairfield, NJ 07004

Hobson, Marlena
3536 W 83Rd Pl
Chicago, IL 60652

Holmes, Akhia
15916 5
Harvey, IL 60426

Howard, Octavia
4307 3Rd Street Se
Washington, DC 20032

Howze, Samuel
4015 Glen Avenue
Baltimore, MD 21215

Hsieh, Meng-Xiu
2601 Parker Ave
Silver Spring, MD 20902

Hutson, Danetria
655 W. 65Th
Chicago, IL 60621

Idris, Sidkky
6238 Les Dorson Lane
Alexandria, VA 22315

INDUSTRIAL STEAM CLEANING INC
PO Box 1130
Rockville, MD 20849

INDUSTRIOUS REALTY
7501 Wisconsin Ave Suite 630E
Bethesda, MD 20814
301.804.4380 |

Integrated Design Consultants, LLC
1301 Gibbs Ct
Bel Air, MD 21014

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jackson, Samantha
7517 Vernon Square Dr.
Alexandria, VA 22306

Jankovic, Nikola
5445 Taney Avenue
Alexandria, VA 22304

JBG SMITH
2101 L Street NW, Suite C-100
Washington, DC 20037

JEMAL'S DOUGLAS STEREO LLC
702 H St NW
Suite 400
Washington, DC 20001

Joiner, Marcella
6209 S Michigan
Chicago, IL 60637

JOSEPH M. GREENE
1924 I St NW
Washington, DC 20006

Jovanovic, Milos
2302 41St Street NW
Apt. 1
Washington, DC 20007

Joya, Ana
7010 Farragut St
Hyattsville, MD 20784

Joya, Ivan Kevin
7975 Audubon Ave
Apt 1
Alexandria, VA 22306

Joya, Patricia Y
6101 16Th St NW, Apt#108
Washington, DC 20011

Khan, Shahzad
5219 Spanish Dollar Ct
Woodbridge, VA 22193

Kinsella, James
11420 Rolling House Road
Rockville, MD 20852

Lacan, Ana
3105 Georgia Ave NW
APT #1
Washington, DC 20010

Lancaster, Scott
6700 Belcrest Rd
Hyattsville, MD 20740

Larios, Sara
1815 17Th Street N.W.
Washington, DC 20009

Larios, Flor
7611 Georgia Ave NW
#601
Washington, DC 20012

LaRosa, Sergio
5822 33Rd Avenue
Hyattsville, MD 20782

Lassiter-Jordan, Ariel
2905 Pomeroy Rd
Washington, DC 20020

Laura Metzler Photography
2009 Beacon Place
Reston, VA 20191

Lee, Leon
4920 N. Marine Drive
Chicago, IL 60640

Lefcowitz, Kimberly A
10951 Bucknell Drive
Silver Spring, MD 20902

Lemus, Yasmin
8625 Piney Branch Rd
Silver Spring, MD 20901

Lemus, Yessica
2313 Woodberry St Hyattsville
Georgia, WA 20012

Leon, Rogelio
1310 6Th Street NW Unit 201
Washington, DC 20001

Leonard Paper Company
725 N. Haven St
Baltimore, MD 21205-2986

Lobo, Pablo C
844 S Frederick St
Arlington, VA 22204

López Hernandez, Abigail
845 S Greenbrier St
Arlington, VA 22204

Lopez Rodriguez, Tanairi
1660 Thenia Place
Woodbridge, VA 22192

Lopez, Agusto
2406 Brightseat Rd
Landover, MD 20785

Lopez, Elizabeth
311 North Quebec Street
Arlington, VA 22203

Lopez, Hortencia
4610 15Th NW
Washington, DC 20011

Lopez, Marvin
3831 Joshua Pl Alexandria
Alexandria, VA 22309

Lopez, Nineth
3806 Hamilton St
Hyattsville, MD 20781

Lopez-Flores, Luis
4923 LaSalle Rd
Hyattsville, MD 20782

Lovato, Jennifer C
6103 42Nd Ave
Hyattsville, MD 20781

Lozano, Hirvin
25 E Wayne Ave Apt 104
Silver Spring, MD 20901

Lugo, Santos W
703 Lisle Dr
Bowie, MD 20721

Lundgren, Vivian
1935 Columbia Pike
Arlington, VA 22204

M&S Welding
354 White Oak Rd
#103
Fredericksburg, VA 22405

Machado, Julissa
2313 Woodberry St
Hyattsville, MD 20782

Maloney, Andrew
1820 N Fremont St
Chicago, IL 60614

Mandic, Dajana
3308 Buchanan Street #201
Mount Rainier, MD 20712

Marquina, Ada
6101 16Th St NW
apt 106
Washington, DC 20011

Martinez Salmeron, Brizeyda E
6020 Bellview Dr
Falls church, VA 22041

Martinez, Guadalupe
2720 Kirkwood Pl
Hyattsville, MD 20712

Martinez, Rebeca
3620 Stonesboro Rd
Fort Washington, MD 20744

Matamoros Reyes, Yesenia Patricia
3200 16Th St NW
Apt 204
Washington, DC 20010

Mayorga, Dina C.
7611 Georgia Avenue NW
Unit 601
Washington, DC 20012

McGruder, Christopher
2515 N Lockwood, Unit 1
Chicago, IL 60639

McIlwainBey, Tyrik
1703 Forest Glen
Silver Spring, MD 20910

Mejia, Carmen
3844 Florence Dr.
Alexandria, VA 22305

Melendez, Aracely
3703 Ingalls Avenue
Hyattsville, MD 20784

Membreno, Jose B
3260 Queenstown Drive
Mount Rainier, MD 20712

Memije, Joseph
2421 W Homer St
Chicago, IL 60647

Mendoza Arevalo, Blanca L
7701 Georgia Avenue NW
Apt. 601
Washington, DC 20012

Mendoza Diaz, Santos
4924 Adrian St
Rockville, MD 20853

Merino, Antonia
300 P Street
Washington, DC 20001

Mertus, Emmanuel
2705 Dawson Ave
Silver Spring, MD 20902

Mijatovic, Vladan
108 Michigan Avenue NE
Apt. E32
Washington, DC 20017

Millennium Midwest
4102 Loop 337
New Braunfels, TX 78130

Mimeo.com
PO Box 654018
Dallas, TX 75265-4018

Miranda García, Jessica
17125 Queen Victoria Ct
Gaithersburg, MD 20877

Miranda Garcia, Karen
2419 Kent Village Hyattsville
Hyattsville, MD 20785

Moki Media Hakki LLC
1305 Wisconsin Ave NW
Suite 2A
Washington, DC 20007

Molino, Junior Alexander
13106 Hathaway Dr
Silver Spring, MD 20906

Montes, Sandra
2564 Chainbridge Rd
Vienna, VA 22181

Moradel, Daniela
4945 Americana Dr
Annandale, VA 22003

Morales Barreno, Mayron
7215 Wayne Dr.
Annandale, VA 22003

Mortera, Erick
4706 N Kilpatrick Av.
Chicago, IL 60630

Moses, Kevin
2921 20Th St NE
Washington, DC 20018

Moss Adams LLP
2040 Main St
Suite 900
Irvine, CA 92614

Nava, Antonia
24 K St NW
Washington, DC 20001

Nealis, Inge
P.O. 42031, 1210 S. Glebe Rd
Arlington, VA 22204

Neyer, Kristopher
1600 S Eads St
Arlington, VA 22202

Nguyen, Linda
752 S. Harrison Street
Arlington, VA 22204

Nickelson, Shaquille
620 N. Trumbull
Chicago, IL 60624

Nieto Isaula, Marta
3404 39Th Pl
Brentwood, MD 20722

Nolasco Argueta, Carmen Liseth
2005 Maryland Avenue
#101
Washington, DC 20002

Nolasco, Iris
5408 5Th St NW
Washington DC20011

Nolasco, Maria
242 35Th St NE
Washington, DC 20019

Nolasco, Salvador
242 35Th St NE
Washington, DC 20019

Northwestern Development Company "B"
1120 Connecticut Ave NW
Suite 1200
Washington, DC 20036

Nouira, Mohamed
7456 Zanuck Ct
Annandale, VA 22003

Novak, Paul Duffy
950 Westmoor Rd
Winnetka, IL 60093

Nunez King, Jazmin
69Th Pl
Hyattsville, MD 20784

Nunez, Natalie
4528 Kinmount Rd
Lanham, MD 20706

Ojeda-Florian, Dulce
3168 Hewitt Ave
Silver Spring, MD 20906

OND PROPERTY LLC
1 N Dearborn St
Suite 1175
Chicago, IL 60602

One Source Systems
1900 Fenwick Street NE
Suite A
Washington DC 20002

O'Neill, Sean
2424 South Oakland Street
Arlington, VA 22206

Ordonez, Estela
3701 16Th St NW
Washington, DC 20010

Orellana, Hilda
1525 Jasper St
Silver Spring, MD 20902

Orellana, Cesar
42261 Jessica Farm Terrace
Ashburn, VA 20148

Pacheco Garcia, Leonor
5223 Kenilworth Avenue
Hyattsville, MD 20781

Pacheco, Jonothan
2400 Brightseat Rd
Hyattsville, MD 20721

Pacheco, Ingrid
2400 Brightseat Rd
Apt T02
Hyattsville, MD 20785

Paniagua, Vicente
716 Chillum Road
Hyattsville, MD 20783

Parada, Johanna Eliabeth
6028 Fairview Place
Falls church, VA 22041

Paredes De Jesus, Luis Miguel
1424 Chapin St NW
Washington DC 20009

Pastor, Raquel
9930 Moss Avenue
Silver Spring, MD 20901

Patrick, Danita
4905 Fulton
Chicago, IL 60644

Patten, Casey
215 I Street NE
Washington, DC 20002

Patterson, Keith
1502 E 74Th Street
Chicago, IL 60619

PAYTRONIX
80 Bridge St
Newton, MA 02458

Pearson, Timothy O
3061 Clinton St NE
Washington, DC 20018

Perez Martinez, Maria
1011 Rittenhouse St
Washington, DC 20011

Perez, Jaime
3717 Leverton St
Silver Spring, MD 20906

Perez, Isabel Sucely Rojop
1414 Upshur St NW
APT. 104
Washington, DC 20011

Perez, Yesica
527 Four Mile Road
#7
Alexandria, VA 22305

PFA-D Silver Spring, LLC
PO Box 75383
Charlotte, NC 28275

Phelps, Joshua
917 W Eastwood Ave
Chicago, IL 60640

Pilipovic, NIkola
140 Michigan Ave, NE
Washington, DC 20017

Polanco Vasquez, Mario
1414 Upshur St NW
Washington, DC 20011

Porras, Victor
506 University Blvd
Silver Spring, MD 20901

Portillo Umaña, Victor
1916 Ruatan St
Hyattsville, MD 20783

Portillo, Ana
3804 65Th Ave
Hyattsville, MD 20784

Portillo, Cindy
1333 Peabody St NW
Washington, DC 20011

Portillo, Reyna
3537 11Th Street NW
Apt # 215
Washington, DC 20010

Posada, Nerys
4413 Chestnut Street
Bethesda, MD 20814

Ramirez, Saul
1640 NEw Jersey Ave NW
Washington, DC 20001

Ramirez, Lenny Y
3435 Holmead Place NW
Apt. 301
Washington, DC 20010

Ramos Canales, Bryan Ruben
5313 Powhatan Street
Riverdale, MD 20783

Ramos Perez, Laura Cristina
2303 11Th St N
Arlington, VA 22201

Rashid, Douglas
2420 14Th Street NW
Apt 803
Washington, DC 20009

Rauada, Ismael
408 Southampton Drive
Silver Spring, MD 20903

Rauda, Kevin
408 Southampton Dr
Silver Spring, MD 20903

Recycle Track Systems, Inc.
435 Hudson St
Suite 404
New York, NY 10014

ReD SOLUTIONS
4102 Loop 337
New Braunfels, TX 78130

Reddix, Essence
3634 Dean Drive
Hyattsville, MD 20782

Reed, Melissa
9023 South Houston Avenue
Chicago, IL 60617

Regency Enterprises Inc.
PO Box 205325
Dallas, TX 75320

Repair 24
PO Box 201
The Plains, VA 20198

Reyes Larios, Reyna
4529 38Th Street
Brentwood, MD 20722

Reyes, Blanquita
144 Patrick St Se
Vienna, VA 22180

Reyes, Irene
8625 Piney Branch Rd
Silver Spring, MD 20901

Reyes, Javier
1525 Jasper St
Silver Spring, MD 20902

Reyes, Juan
1362 Quincy St, NW
Washington, DC 20011

Reyes, Nancy
1430 Tuckerman St NW
Washington, DC 20011

Reyes, Yenny
8623 Piney Branch Rd
Silver Spring, MD 20901

Reyes, Sarahi
1525 Jasper St
Silver Spring, MD 20902

Reyes, Vanessa A
3408 65 Avenue
Hyattsville MD 20784

Rivera III, Eligio
2451 W Homer St.
Chicago, IL 60647

Rivera, Dixiana
3356 Chillum Rd
Mount Rainier, MD 20712

Rivera, Joshua
2451 W. Homer St
Chicago, IL 60647

Rivera, Sandra L
1515 Ogden Street NW
Washington, DC 20010

Roberts, Bryant
7523 Cross Street
District Heights, MD 20747

Robinson, Steven
905 21St Street NE
Apt. 303
Washington, DC 20002

Rocha, Andrea D
7259 Parkwood Ct
Apt 202
Falls Church, VA 22042

Rodriguez, Suyapa
3132 16Th St NW
Washington, DC 20010

Rodriguez, Guadalupe
2012 S Langley St
Arlington, VA 22204

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10016

Rosa Reyes, Gissel Charlot
4811 69Th Place
Hyattsville, MD 20784

Rosenberger, Eric
6499 Spring Plow Ln
Columbia, MD 21045

ROTO-ROOTER
5672 Collections Center Dr
Chicago, IL 60693

Ruano, Mariela
6918 Columbia Dr
Alexandria, VA 22307

Ruiz Urbina, Sindy
1 East Custis Ave
Alexandria, VA 22301

Ruiz, Vilma
1445 Otis Pl NW
Washington DC 20010

Saavedra Palma, Cinthia Aracely
3258 Queenstown Dr
Mount Rainier, MD 20712

Saavedra, Edgar
3404 39Th Pl, 3404 39Th Pl
Brentwood, MD 20722

Salesforce.com Inc
The Landmark @ One Market
Suite 300
San Francisco, CA 94105

Salmeron, Nathaly
5705 Jamestown Rd
Hyattsville, MD 20782

Sam Hurd Photography
917 Army Road
Townson, MD 21204

Samol, Cristina
309 N George Mason Drive
Apt. 3
Arlington, VA 22203

Sanchez, Candida
7303 16Th Place
Hyattsville, MD 20783

Sanchez, Marc
12804 Tamarack Rd
Silver Spring, MD 20904

Sanchez, Marisol
4938 S Seeley Ave
Chicago, IL 60609

Sanchez, Ever Bladimir
6101 16Th Street NW
Apt. 709
Washington, DC 20011

Sanchez, Jessica
1616 West Carmen
Chicago, IL 60640

Sanchez, Marcos
6177 Arlington Blvd
Falls Church, VA 22044

Sanchez, Monica
201 36Th Street NE
Apt. 102
Washington, DC 20019

Santeliz, Mauricio
11434 Lockwood Drive
Silver Spring, MD 20904

Santos, Josue V
6359 Staghorn Ct
Alexandria, VA 22315

Saravia, Erika
6028 Fairview Pl
Falls church, VA 22041

Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

Sedra, Kamal N
801 N Wakefield St
Apt 212
Arlington, VA 22203

Severino, Maria Esther
4243 58Th Ave
Bladensburg, MD 20710

Sevilla, Karla
1035 Perry St NE
Washington DC 20017

Sgrignoli, Bionca
7149 S Damen Ave
Chicago, IL 60636-3716

Sgrignoli, Victoria
7149 South Damen
Chicago, IL 60636

Shoes For Crews LLC
PO Box 504634
St Louis, MO 63150-4634

SHRED ACE
PO Box 15519
Durham, NC 27704

Siguenza, Gabriela
5109 10Th Place South
Arlington, VA 22204

Snak King
62563 Collection Center Dr
Chicago, IL 60693-0123

Sneed, Onisha
2207 E 75Th St
Chicago, IL 60458

SODIBAR SYSTEMS, INC.
5801 Arbor St
Hyattsville, MD 20710

Solis-Lazo, Efrain
4313 57Th Ave
Bladensburg, MD 20710

Sorto, Brenda
2906 Kings Chapel Rd.
Falls Church, VA 22042

Sorto, Josue
1839 13Th St NW
Washington, DC 20009

Sorto, Priscilla
7400 Lucerne Lane
Annandale, VA 22003

Speier, Robert
7106 Old Gate Rd
Rockville, MD 20852

Speller, Patrick
601 Fairmont St NW
Washington DC 20001

Stanojevic, Strahinja
410 S Whiting Street
Alexandria, VA 22304

Stevens, Jasmine
2002 Powhatan Rd
Hyattsville, MD 20782

Stevens, Londyn J
6023 New Forest Court Apt. 5
Waldorf, MD 20603

Stevenson, Cheyenne
5208 Decatur St
Hyattsville, MD 20781

Strong, Imani
2001 Mississippi Ave Se
Washington, DC 20020

Strong, Lonnie
6209 S Michigan Ave
Chicago, IL 60637

Superior Signs
2510 Willis Road
Richmond, VA 23237

SYSCO BALTIMORE
8000 Dorsey Run Rd
Jessup, MD 20794

Sysco Chicago Inc.
250 Weiboldt Drive
Des Plaines, IL 60016

Testa Produce, Inc.
4555 S. Racine Ave
Chicago, IL 60609

The Door Marketing Group, LLC
37 W. 17th Street
Fifth Floor
New York, NY 10011

THE O'KEEFE GROUP, INC.
PO Box 1240
Attleboro, MA 02703

The Playlist Generation
6121 Sunset Blvd
Los Angeles, CA 90028

Thorton, Donovan
1103 Abbey Pl NE
Washington, DC 20002

Tinker, Raylon
434 Delafield Pl. NW
Washington, DC 20011

Triaji, Fachri
9719 51St Avenue
College Park, MD 20740

Triton Imaging Systems
31320 Via Colinas
Suite 103
Westlake Village, CA 91362

Trujillo, Daniel
5611 Quincy St
Hyattsville, MD 20784

Tucux Chaj, Aura
1203 7Th St, NW
washington, DC 20001

Turcios, Keily Nahomy
15 Maccausland Pl
Gaithersburg, MD 20877

Ulloa, Jorge
847 Saint Michaels Drive
Bowie, MD 20721

Ulloa-Santos, Zuleima
1445 Park Rd NW
Washington, DC 20010

Upshaw, Nakye
2206 Alice Avenue
Oxon Hill, MD 20745

US Department of Justice
Ben Franklin Station
PO Box 683
Washington DC 20044

Vail Vicente, Francisco Ivan
411 N. Glebe Road
Arlington, VA 22203

Valdez, Bessi
7742 Frederick Rd
Hyattsville, MD 20784

Vanegas-Lacan, Michelle
3105 Georgia Ave NW
Washington, DC 20010

Vasquez, Santa
1033 Quebec Pl NW
Washington, DC 20010

Vasquez, Edardo
2406 Brightseat Road
Landover, MD 20785

Vasquez, Herlinda
106 N Thomas Street #1
Arlington, VA 22203

Vaughan, Elijah A
305 N Latrobe Ave
Chicago, IL 60644

Vazquez, Johnathan
1907 S 50Th Ct
Cicero, IL 60804

Vazquez, Krystal
1907 South 50Th Ct
Cicero, IL 60804

Velasquez, Ana
2516 Eliot Pl
Temple Hills, MD 20748

Velasquez, Carolina
5740 Colorado Ave NW
Washington DC 20011

Veney, David Ralph Leon
1009 Kennebec Street
Unit 3B
Oxon Hill, MD 20745

Vicente Gomez, Doris Y.
411 N. Glebe Road
Apt. 4
Arlington, VA 22099

Villatoro, Kenia
8800 Bradford Rd
Silver Spring, MD 20901

Vizarretea Solis, Guadalupe
8625 Piney Branch
Silver Spring, MD 20901

VORNADO CHARLES E. SMITH
1901 S Bell St
Suite 150
Arlington, VA 22202

Walker, Andrea
1316 Fenwick Lane
Silver Spring, MD 20910

Washington, Alan
1226 Faraday Place NE
Washington, DC 20017

Wease, Kattie L
12501
Rockville, MD 20902

WHARF PHASE 1 RETAIL REIT LEASEHOLDER
690 Water St SW
Washington, DC 20024

Whealton, Lyric
506 45Th Street NE
Washington, DC 20019

Williams, Tiffany
4071 Minnesota Avenue
Apt. 23
Washington, DC 20019

Zavala, Jeffrey
5111 8Th Rd S
Arlington, VA 22204

Zuaso, Milton
6630 Georgia Ave NW
Washington, DC 20012