# Notice Recipients

District/Off: 0311−1     User: Cheryl     Date Created: 9/27/2018
Case: 18−12147−KG     Form ID: 309C     Total: 454

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Taylor Gourmet 1116 H LLC | 1116 H Street NE | Washington, DC 20002 |
| tr | Jeoffrey L. Burtch | P.O. Box 549 | Wilmington, DE 19899 |
| aty | Colin R. Robinson | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street   17th Floor   Wilmington, DE 19801 |
| 12833276 | 185 Morgan Owner LLC | PO Box 2194 | Hicksville, NY 11802 |
| 12833277 | 888 17th St. Corp | 888 17th ST NW, Ste 205 | c/o Brawner Mgmt   Washington, DC 20006 |
| 12833278 | ABC Imaging of Washington, Inc. | 8474 Tyco Rd   Unit C | Vienna, VA 22182 |
| 12833279 | ACME Paper & Supply Co., Inc. | 8229 Sandy Court   PO Box 422 | Savage, MD 20763 |
| 12833280 | Agnew, Demetrius | 4213 Brooks St NE Apt 301 | Washington DC, 20019 |
| 12833281 | Aguiluz, Angel | 12611 Holdridge Road | Silver Spring, MD 20906 |
| 12833282 | Albanes Menjivar, Rosa | 3404 25Th St S | Arlington, VA 22206 |
| 12833283 | Alcala Redman, Angel | 5407 16Th Ave   Apt T4 | University Park, MD 20782 |
| 12833284 | Alcala Redman, Maria Carolina | 2914 Damson Ave | Silver Spring, MD 20902 |
| 12833285 | Alexander, Anthony | 3417 W Le Moyne | Chicago, IL 60651 |
| 12833286 | Alfaro, Karina | 3213 University City Blvd W   #21 | Kensington, MD 20895 |
| 12833287 | Alvarado Monterrosa, Gloria del C | 7415 Hendrick Drive | Hyattsville, MD 20784 |
| 12833288 | Alvarado Reyes, Jennifer | 1525 Jasper St | Silver Spring, MD 20902 |
| 12833289 | Alvarez, Jim | 1309 S Thomas Street | Arlington, VA 22204 |
| 12833290 | Amaya, Carlos | 7618 Georgia Ave NW | Washington, DC 20012 |
| 12833291 | Amaya, Leslie | 2300 Hermitage Ave | Silver Spring, MD 20902 |
| 12833293 | Amaya, Merary | 1602 Keokee Street | Hyattsville, MD 20783 |
| 12833292 | Amaya, Sandra | 4427 29Th Street | Brentwood, MD 20722 |
| 12833294 | Amaya, Yuris | 9121 Springhill Ln   APT 202 | Greenbelt, MD 20770 |
| 12833295 | Ameritel Corporation | 15010 Boschart Road | Rockville, MD 20850 |
| 12833296 | Amkas, Putri | 9719 51St Avenue | College Park, MD 20740 |
| 12833297 | Anagnos, Clarissa | 7711 South Michigan Avenue | Chicago, IL 60619 |
| 12833298 | Anajjar, Lahcen | 302 E Deal Ave | Alexandria, VA 22301 |
| 12833299 | Anazco, Diana C | 1514 W Fry | Chicago, IL 60642 |
| 12833300 | Aragon, Elizabeth | 2307 S 59Th Ct | Cicero, IL 60804 |
| 12833301 | Aramark Uniform Services | 25259 Network Place | Chicago, IL 60673−1252 |
| 12833302 | Arellano, Leticia | 2125 N. Stave | Chicago, IL 60647 |
| 12833303 | Arevalo, Brenda | 1660 Thenia Place | Woodbridge, VA 22192 |
| 12833304 | Arevalo, Raquel | 1362 Quincy St NW | Washington, DC 20011 |
| 12833305 | Argueta, Alexander | 2708 Kirkwood Place | Hyattsville, MD 20782 |
| 12833308 | Argueta, Celia | 1379 Quincy St NW | Washington, DC 20011 |
| 12833306 | Argueta, Ezequiel | 5111 8Th Rd S | Arlington, VA 22204 |
| 12833307 | Argueta, Jacquelin | 7036 Eastern Ave | Washington, DC 20012 |
| 12833309 | Ashton Park Associates III, LLC | 4075 Wilson Blvd   Suite 440 | Arlington, VA 22203 |
| 12833310 | Aslam, Faisal | 1920 Columbia Pike | Arlington, VA 22204 |
| 12833311 | Astorga, Kimberly | 2439 S Culpeper St. | Arlington, VA 22206 |
| 12833312 | Ayala De Velis, Idalia A. | 3808 Executive Avenue   Apt. A22 | Alexandria, VA 22305 |
| 12833313 | Ayala, Yolanda Del Carmen | 3150 16Th Street NW Apt B1 | Washington, DC 20010 |
| 12833314 | B.F. Saul | 7501 Wisconsin Avenue, Suite 1500E | Bethesda, MD 20814 |
| 12833315 | B.L. Air Quality Inc | 6150 Drum Point Rd | Deale MD, 20751 |
| 12833316 | Baker, Terrell | 827 21St NE | Washington, DC 20002 |
| 12833317 | Baldor Specialy Foods | 7715 Assateague Drive | Jessup, MD 20794 |
| 12833318 | Balladares−Santos, Karina | 12411 Braxfield Ct | Rockville, MD 20852 |
| 12833319 | Ballpark Residential LLC | 2300 Clarendon Blvd   Suite 710 | Arlington, VA 22201 |
| 12833320 | Baquedano, Maria del Carmen | 4321 Duke St | Alexandria, VA 22304 |
| 12833321 | Barahora, Orlin | 1525 Jasper Street | Silver Spring, MD 20902 |
| 12833323 | Barrientos, Leonor | 5223 Kenilworth Avenue | Hyattsville, MD 20781 |
| 12833322 | Barrientos, Stefanie | 6177 Arlington Blvd | Falls Church, VA 22044 |
| 12833324 | Barrow, Alex | 3213 University City Blvd W   #21 | Kensington, MD 20895 |
| 12833325 | Batres Guevara, Moises | 6101 16Th Street NW   Apt. 709 | Washington, DC 20011 |
| 12833326 | Ben, Andrew | 4505 B Street Se | washington, DC 20019 |
| 12833327 | Bernardino Lue, Arely Gloricel | 2503 Parker Ave | Silver Spring, MD 20902 |
| 12833328 | Bizerba USA Inc. | 1804 Fashion Ct | Joppa, MD 21085 |
| 12833329 | Black Iron Group | 40 Richards Ave 3rd Floor | Norwalk, CT 06854 |
| 12833330 | Blanco, Gilmer | 800 South Florida St | Arlington, VA 22204 |
| 12833331 | Bojorquez, Luis | 1525 Jasper St | Silver Spring, MD 20902 |
| 12833332 | Bojovic, Marko | 108 Michigan Ave NE | Washington, DC 20017 |
| 12833333 | Bonilla, Gaby | 2108 Reedie Dr | Silver Spring, MD 20903 |
| 12833334 | Boothe, Jacqueline | 4425 Arnold Road | Suitland, MD 20746 |
| 12833335 | Bosset, Jean−Luc | 766 North Ripley St | Alexandria, VA 22304 |
| 12833336 | Bowman, Justin | 7321 Cross St | Forestville, MD 20747 |
| 12833337 | Boyd, Semaj | 1254 W Grenshaw | Chicago, IL 60607 |
| 12833338 | Broadnax, Camille | 2319 W 19Th Street | Chicago, IL 60608 |
| 12833339 | Brown, Joel J | 1351 E. 70Th | Chicago, IL 60637 |
| 12833356 | CITY VISTA (E&A), LLC | 1272 5th St NE   Suite 200 | Washington, DC 20002 |

```
12833361   CONCEPT SERVICES         12521 Amherst Dr        Austin, TX 78727
12833340   Cabrera Hernandez, Alex      323 N Thomas St        Arlington, VA 22203
12833342   Cabrera, Marvin       1209 7Th St NW     washington, DC 20001
12833341   Cabrera, Wilson       20 Kenilworth Ave NE     Washington, DC 20019
12833343   Caceres, Hugo       7111 Mint Place     Alexandria, VA 22306
12833344   Calix, Jennifer      1312 Delafield Pl. NW     Washington, DC 20011
12833345   Campbell, Deandra      5119 Fitch St Se      Washington, DC 20019
12833346   Canton, Cleophus      4718 Heath St      Capital Heights, MD 20743
12833347   Carela, Altagracia      3404 39Th Place      Brentwood, MD 20722
12833348   Carranza, Veronica      3012 S. 17Th Street      Arlington, VA 22204
12833349   Casarrubias, Olivia      1416 R St.NW      Washington, DC 20009
12833350   Castillos, Ana       7303 16Th Pl      Haysttsville, MD 20783
12833351   Cedillo Ramos, Jose      Dennis Ave      Silver Spring, MD 20902
12833352   Cerbo, Nathaniel      5652 Thunder Hill Road      Columbia, MD 21045
12833353   Champion Utility Billing Services, LLC      5671 SE Crooked Oak Ave      Hobe Sound, FL 33455
12833354   Chicas Garcia, Deysi      3327 Chauncey Place      #102      Mount Rainer, MD 20712
12833355   City Carbonic      7709 W 98th St      Hickory Hills, IL 60457
12833357   Clarke, Victor M      8711 Arliss St., Apt 301      Silver Spring, MD 20901
12833358   Claros, Benedicto      2553 Ross Rd      Silver Spring, MD 20106
12833359   Claros, Juana      1240 N Rolfe Street      Arlington, VA 22209
12833360   Compass Coffee      1535 7th St NW      Washington, DC 20001
12833362   Constanza Orantes, Rosa      9951 Lee Highway      Fairfax, VA 22031
12833363   Corporation Guarantee & Trust Company      3331 Street Road      Ste 110      Bensalem, PA 19020
12833364   Cozzini Bros, Inc.      350 Howard Ave      Des Plaines, IL 60018
12833365   Cranshaw, Kyle      7335 S Stewart      Chicago, IL 60621
12833366   Crooked Monkey      1342 Florida Ave NW      Washington DC 20009
12833367   Cruz De Fuentes, Osiris Cecilia      4105 7Th Street NW      Washington, DC 20011
12833368   Cruz, Daniela Banessa      4283 58Th Ave      Apt 2      Bladensburg, MD 20710–1914
12833369   Cruz, Jose Emilio      1443 Spring Road NW      Apt. 302      Washington, DC 20010
12833370   Cruz, Sorayda M      7521 8Th St      Washington, DC 20012
12833389   DRC GROUP, INC.      2420 14th St NW      803      Washington, DC 20009
12833371   Dade, Alice      1320 N Pierce St      Arlington, VA 22209
12833372   Daly, Crystal      4125 N. Keystone Ave.      Chicago, IL 60641
12833373   Davaa, Batochir      3900 Fairfax Drive #618      Arlington, VA 22203
12833374   De La Cruz, Rufino      1416 R St.Nw      Washington, DC 20009
12833375   De La Fuente, Madrid      4521 N Malden      Chicago, IL 60640
12833376   De Paolis–Quispe, Benecio      6359 Staghorn Ct      Alexandria, VA 22315
12833377   Del Cid, Claudia      813 Quackenbos St NW      Washington, DC 20011
12833378   Dempsey Uniform & Linen Supply      1530 Caton Center Drive, Suite K      Baltimore MD 21227
12843180   Department of Labor      Division of Unemployment Insurance      P.O. Box 9953      Wilmington, DE 19809
12833379   Developer Six, Inc.      16192 Coastal Highway      Lewes, DE 19958
12833380   Diallo, Boubacar      9785 Goodluck Road      #12      Lanham, MD 20706
12833381   Diaz, Antonio      2211 Calbert St      Hyattsville, MD 20783
12833382   Diemar, Melinda      901 Serenity Grove Terrace      Purcellville, VA 20132
12833383   DigiLink, Inc.      840 South Pickett St      Alexandria, VA 22304
12833384   Dodrill, Robert      13418 Daventry Way      Apt H      Germantown, MD 20874
12833385   Dominguez, Mariella      5501Trent Cort      Alexandria, VA 22311
12833386   Donald J. Weiss, Esq., PC      6 Dickinson Drive      Suite 110      Chadds Ford, PA 19317
12833387   Doric, Nemanja      3232 S 28Th Street      Apt 304      Alexandria, VA 22302
12833388   Douglas, Jeremiah Devon      5702 Queens Chapel Road      Apt. 1      Hyattsville, MD 20782
12833390   ECOLAB FOOD SAFETY      655 Lone Oak Dr      Eagan, MN 55121
12833397   ESKRIDGE, LLC      2985 District Ave      Suite 105      Fairfax, VA 22031
12833391   Emperatriz Hernandez, Mery      840 Berkshire Drive Apt. 3      Hyattsville, MD 20783
12833392   Enriquez, Alba E      1441 Somerset Pl NW      Washington, DC 20011
12833393   Erakovic, Aleksandar      15 Bronco Ct      Germantown, MD 20874
12833395   Escobar, Emilio      438 Irving Street NW      Washington, DC 20010
12833396   Escobar, Erika      7701 Georgia Avenue NW Apt 601      Washington, DC 20012
12833394   Escobar, Perla      2100 Hildarose Dr.      Silver Spring, MD 20902
12833398   Estevez, Amanda      2622 Wagon Dr      Alexandria, VA 22303
12833399   Estrada, Luis      1212 South Thomas Street      Arlington, VA 22204
12833401   FEDERAL REALTY INVESTMENT TRUST      6110 Executive Blvd      Rockville, MD 20852
12833411   FRANCE GRESHAM      506 Main St      Suite 205      Gaithersburg, MD 20878
12833400   Faisal, Hiba      6713 Cobbs Rd      Alexandria, VA 22310
12833404   Fernandez, Priscila A      2806 Hollywood Road      #101      Falls Church, VA 22043
12833402   Fernndez, Ana      3620 Stonesboro Rd      Fort Washington, MD 20744
12833403   Fernndez, Kathy      3620 Stonesboro Road      Fort Washington, MD 20744
12833405   Filter, Morgan      4833 N Sawyer Ave      Chicago, IL 60625
12833406   First Detection Systems, Inc.      731 Linden Ave. #1      Elgin, IL 60120
12833407   Flores M, Martires Alexander      4213 Brooks St NE      Apt T3      Washington, DC 20019
12833409   Flores, Franklin      1329 Randolph St NW      Washington, DC 20011
12833408   Flores, Heidi      6746 Eastern Ave NW.      Washington, DC 20012
12833410   Foster, Damion      415 Ventura Avenue      Capitol Heights, MD 20743
12833412   Fuentes Cruz, Marlenis M.      6101 16Th Street NW      Apt. 709      Washington, DC 20011
12833413   Funez, Sandra E.      3634 Edison Street      Apt. 302      Alexandria, VA 22305
12833425   GOLD CRUST BAKING CO., INC.      6200 Columbia Park Rd      Landover, MD 20785
12833445   GREATER PEST SOLUTION      10007 Greenbelt Rd      Apt 301      Lanham, MD 20706
12833446   GRINDING COMPANY OF AMERICA INC.      105 Annabel Ave      Baltimore MD 21225
```

| | | | | |
|---|---|---|---|---|
| 12833414 | Galdamez, David A | 11905 Ivahar St | Silver Spring, MD 20902 | |
| 12833415 | Garcia luis, Leticia | 310 N Piedmont St | Arlington, VA 22203 | |
| 12833416 | Garcia, Lesly | 3601 Easetern Ave | Mount Rainier, MD 20712 | |
| 12833417 | Garcia, Yeni | 6201 20Th Place | Hyattsville, MD 20782 | |
| 12833418 | Garnes, Logan | 2917 N Whipple Street | Chicago, IL 60618 | |
| 12833419 | Gavidia, Dina | 3320Springdale Ave | Forestville, MD 20747 | |
| 12833420 | Gebremariam, Alazar G. | 2002 Oliver Street | Hyattsville, MD 20782 | |
| 12833421 | Gebremeskei, Anteneh A | 1440 Rock Creek Ford Road | #405 | Washington, DC 20011 |
| 12833422 | Giron, Merelyn | 410 Delafield Pl NW | Washington, DC 20011 | |
| 12833423 | Giron, Seleny | 410 Delafield Pl NW | Washington, DC 20011 | |
| 12833424 | Giron, Yexenia | 410 Delafield Pl NW | Washington, DC 20011 | |
| 12833426 | Gomez Utuy, Gustavo | 3701 16 Th St NW | Washington, DC 20010 | |
| 12833427 | Gomez, Ingrid | 1610 Park Rd NW | Washington, DC 20010 | |
| 12833428 | Gomez, Roberto | 1336 Missouri Ave N.W | Washington DC 20011 | |
| 12833429 | Gonzales Moran, Jose Saul | 1320 Fairmont St NW | Washignton, DC 20010 | |
| 12833430 | Gonzales, Bessy | Four Mile 527 | Alexandria, VA 22315 | |
| 12833431 | Gonzalez, Brenda | 3506 6Th Street Se | Washington, DC 20032 | |
| 12833432 | Gonzalez, Daisy | 129 Rittenhouse St | Washington, DC 20011 | |
| 12833433 | Gonzalez, Davon | 3768 Hayes Street NE | Washington, DC 20019 | |
| 12833434 | Gonzalez, Leydi | 4923 Beaungard St | Apt 201 | Alexandria, VA 22312 |
| 12833435 | Gonzalez–Martinez, Alesandra | 632 Massachusetts Ave NE | APT 1 | Washington, DC 20002 |
| 12833436 | Gordon, Alex | 11606 Twining Lane | Potomac, MD 20854 | |
| 12833437 | Government Properties Income Trust | 11 Dupont Circle W | Suite 775 | Washington, DC 20036 |
| 12833439 | Granados, Bertha | 3325 Chauncy Pl | Mount Rainier, MD 20712 | |
| 12833438 | Granados, Joaquin | 242 35Th St NE | Washington, DC 20019 | |
| 12833440 | Granados, Rosa | 2011 Lewisdale Drive | Hyattsville, MD 20783 | |
| 12833441 | Graves, Milan | 1366 Hamilton Street NW | Washington, DC 20011 | |
| 12833442 | Gray, Le'Angela P | 4651 Nannie Helen Burrough 108 | Washington, DC 20019 | |
| 12833443 | Great Forest Management Services | 2014 Fifth Ave | New York, NY 10035 | |
| 12833444 | Great Forest Sustainability Solutions | 2014 Fifth Ave | New York, NY 10035 | |
| 12833447 | Guardian Fire Protection Services | 7668 Standish Place | Rockville, MD 20855 | |
| 12833448 | Guevara Granados, Edith | 3220 Chillum Rd. | Mount Rainier, MD 20712 | |
| 12833449 | Guevara, Yenny | 3610 Marlbrough Way | College Park, MD 20740 | |
| 12833450 | Gutierrez Garcia, Claudia | 5782 Dunster Ct | Alexandria, VA 22311 | |
| 12833466 | HERR FOODS, INC. | 20 Herr Drive | PO Box 300 | Nottingham, PA 19362 |
| 12833473 | HINES 1200 NINETEENTH STREET LLC | 1200 19th St NW | Suite 930 | Washington DC 20036 |
| 12833474 | HOBART SERVICE | 4 Gloria Lane | Fairfield, NJ 07004 | |
| 12833451 | Hadpro | 4723A Eisenhower Ave | Alexandria, VA 22304 | |
| 12833452 | Hampton, Ericka | 2217 E. 69Th Street | Chicago, IL 60649 | |
| 12833453 | Hardy, Julian | 5206 13Th St NW | Washington, DC 20011 | |
| 12833454 | Harri LLC | 611 Broadway | Suite 309 | New York, NY 10012 |
| 12833455 | Hawkins, LaTravia | 8519, 63Rd Ave | Berwyn Heights, MD 20740–2653 | |
| 12833456 | Henriquez, Martha | 3145 Mount Pleasant St NW | APT 201 | Washington, DC 20010 |
| 12833457 | Henrriquez, Andres | 7400 23Rd Ave | Hyattsville, MD 20783 | |
| 12833458 | Hernandez, Consuelo | 6213 64Th Ave | Riverdale, MD 20737 | |
| 12833459 | Hernandez, Erika | 780 W. Army Trail Rd | Carol stream, IL 60188 | |
| 12833460 | Hernandez, Jacqueline | 2901 Allison St | Mount Rainer, MD 20712 | |
| 12833465 | Hernandez, Nanci Y | 9712 51St Ave | College Park, MD 20740 | |
| 12833461 | Hernandez, Ricardo | 120 S Huron Dr | Oxon Hill, MD 20745 | |
| 12833462 | Hernandez, Rosslin | Van Buren St | Hyattsville, MD 20782 | |
| 12833463 | Hernandez, Yanira | 2717 Nicholson St | Hyattsville, MD 20782 | |
| 12833464 | Hernandez, Yulma | 3260 Queenstown Dr | Mount Rainier, MD 20712 | |
| 12833468 | Herrera, Escarla M | 3328 Buchanan St | Mount Rainer, MD 20712 | |
| 12833467 | Herrera, Genesis | 9010 Piney Branch Rd | Silver Spring, MD 20903 | |
| 12833469 | Herrera, Yoceli | 6947 Decatur St | Hyattsville, MD 20784 | |
| 12833470 | Hickman, Jeff | 10890 Peachwood Drive | Manassas, VA 20110 | |
| 12833471 | Highland Baking Company | 2301 Shermer Rd | Northbrook, IL 60062 | |
| 12833472 | Hill, Aaron | 905 21St St NE | Washington, DC 20002 | |
| 12833475 | Hobson, Marlena | 3536 W 83Rd Pl | Chicago, IL 60652 | |
| 12833476 | Holmes, Akhia | 15916 5 | Harvey, IL 60426 | |
| 12833477 | Howard, Octavia | 4307 3Rd Street Se | Washington, DC 20032 | |
| 12833478 | Howze, Samuel | 4015 Glen Avenue | Baltimore, MD 21215 | |
| 12833479 | Hsieh, Meng–Xiu | 2601 Parker Ave | Silver Spring, MD 20902 | |
| 12833480 | Hutson, Danetria | 655 W. 65Th | Chicago, IL 60621 | |
| 12833482 | INDUSTRIAL STEAM CLEANING INC | PO Box 1130 | Rockville, MD 20849 | |
| 12833483 | INDUSTRIOUS REALTY | 7501 Wisconsin Ave Suite 630E | Bethesda, MD 20814    301.804.4380 | |
| 12833481 | Idris, Sidkky | 6238 Les Dorson Lane | Alexandria, VA 22315 | |
| 12833484 | Integrated Design Consultants, LLC | 1301 Gibbs Ct | Bel Air, MD 21014 | |
| 12833485 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 12833488 | JBG SMITH | 2101 L Street NW, Suite C–100 | Washington, DC 20037 | |
| 12833489 | JEMAL'S DOUGLAS STEREO LLC | 702 H St NW | Suite 400 | Washington, DC 20001 |
| 12833491 | JOSEPH M. GREENE | 1924 I St NW | Washington, DC 20006 | |
| 12833486 | Jackson, Samantha | 7517 Vernon Square Dr. | Alexandria, VA 22306 | |
| 12833487 | Jankovic, Nikola | 5445 Taney Avenue | Alexandria, VA 22304 | |
| 12833490 | Joiner, Marcella | 6209 S Michigan | Chicago, IL 60637 | |
| 12833492 | Jovanovic, Milos | 2302 41St Street NW | Apt. 1 | Washington, DC 20007 |

| | | | |
|---|---|---|---|
| 12833493 | Joya, Ana | 7010 Farragut St | Hyattsville, MD 20784 |
| 12833494 | Joya, Ivan Kevin | 7975 Audubon Ave   Apt 1 | Alexandria, VA 22306 |
| 12833495 | Joya, Patricia Y | 6101 16Th St NW, Apt#108 | Washington, DC 20011 |
| 12833496 | Khan, Shahzad | 5219 Spanish Dollar Ct | Woodbridge, VA 22193 |
| 12833497 | Kinsella, James | 11420 Rolling House Road | Rockville, MD 20852 |
| 12833502 | LaRosa, Sergio | 5822 33Rd Avenue | Hyattsville, MD 20782 |
| 12833498 | Lacan, Ana | 3105 Georgia Ave NW   APT #1 | Washington, DC 20010 |
| 12833499 | Lancaster, Scott | 6700 Belcrest Rd | Hyattsville, MD 20740 |
| 12833501 | Larios, Flor | 7611 Georgia Ave NW   #601 | Washington, DC 20012 |
| 12833500 | Larios, Sara | 1815 17Th Street N.W. | Washington, DC 20009 |
| 12833503 | Lassiter–Jordan, Ariel | 2905 Pomeroy Rd | Washington, DC 20020 |
| 12833504 | Laura Metzler Photography | 2009 Beacon Place | Reston, VA 20191 |
| 12833505 | Lee, Leon | 4920 N. Marine Drive | Chicago, IL 60640 |
| 12833506 | Lefcowitz, Kimberly A | 10951 Bucknell Drive | Silver Spring, MD 20902 |
| 12833507 | Lemus, Yasmin | 8625 Piney Branch Rd | Silver Spring, MD 20901 |
| 12833508 | Lemus, Yessica | 2313 Woodberry St Hyattsville | Georgia, WA 20012 |
| 12833509 | Leon, Rogelio | 1310 6Th Street NW Unit 201 | Washington, DC 20001 |
| 12833510 | Leonard Paper Company | 725 N. Haven St | Baltimore, MD 21205–2986 |
| 12833511 | Lobo, Pablo C | 844 S Frederick St | Arlington, VA 22204 |
| 12833513 | Lopez Rodriguez, Tanairi | 1660 Thenia Place | Woodbridge, VA 22192 |
| 12833514 | Lopez, Agusto | 2406 Brightseat Rd | Landover, MD 20785 |
| 12833515 | Lopez, Elizabeth | 311 North Quebec Street | Arlington, VA 22203 |
| 12833516 | Lopez, Hortencia | 4610 15Th NW | Washington, DC 20011 |
| 12833517 | Lopez, Marvin | 3831 Joshua Pl Alexandria | Alexandria, VA 22309 |
| 12833518 | Lopez, Nineth | 3806 Hamilton St | Hyattsville, MD 20781 |
| 12833519 | Lopez–Flores, Luis | 4923 LaSalle Rd | Hyattsville, MD 20782 |
| 12833520 | Lovato, Jennifer C | 6103 42Nd Ave | Hyattsville, MD 20781 |
| 12833521 | Lozano, Hirvin | 25 E Wayne Ave Apt 104 | Silver Spring, MD 20901 |
| 12833512 | Lpez Hernandez, Abigail | 845 S Greenbrier St | Arlington, VA 22204 |
| 12833522 | Lugo, Santos W | 703 Lisle Dr | Bowie, MD 20721 |
| 12833523 | Lundgren, Vivian | 1935 Columbia Pike | Arlington, VA 22204 |
| 12833524 | M&S Welding | 354 White Oak Rd   #103 | Fredericksburg, VA 22405 |
| 12833525 | Machado, Julissa | 2313 Woodberry St | Hyattsville, MD 20782 |
| 12833526 | Maloney, Andrew | 1820 N Fremont St | Chicago, IL 60614 |
| 12833527 | Mandic, Dajana | 3308 Buchanan Street #201 | Mount Rainier, MD 20712 |
| 12833528 | Marquina, Ada | 6101 16Th St NW   apt 106 | Washington, DC 20011 |
| 12833529 | Martinez Salmeron, Brizeyda E | 6020 Bellview Dr | Falls church, VA 22041 |
| 12833530 | Martinez, Guadalupe | 2720 Kirkwood Pl | Hyattsville, MD 20712 |
| 12833531 | Martinez, Rebeca | 3620 Stonesboro Rd | Fort Washington, MD 20744 |
| 12833532 | Matamoros Reyes, Yesenia Patricia | 3200 16Th St NW   Apt 204 | Washington, DC 20010 |
| 12833533 | Mayorga, Dina C. | 7611 Georgia Avenue NW   Unit 601 | Washington, DC 20012 |
| 12833534 | McGruder, Christopher | 2515 N Lockwood, Unit 1 | Chicago, IL 60639 |
| 12833535 | McIlwainBey, Tyrik | 1703 Forest Glen | Silver Spring, MD 20910 |
| 12833536 | Mejia, Carmen | 3844 Florence Dr. | Alexandria, VA 22305 |
| 12833537 | Melendez, Aracely | 3703 Ingalls Avenue | Hyattsville, MD 20784 |
| 12833538 | Membreno, Jose B | 3260 Queenstown Drive | Mount Rainier, MD 20712 |
| 12833539 | Memije, Joseph | 2421 W Homer St | Chicago, IL 60647 |
| 12833540 | Mendoza Arevalo, Blanca L | 7701 Georgia Avenue NW   Apt. 601 | Washington, DC 20012 |
| 12833541 | Mendoza Diaz, Santos | 4924 Adrian St | Rockville, MD 20853 |
| 12833542 | Merino, Antonia | 300 P Street | Washington, DC 20001 |
| 12833543 | Mertus, Emmanuel | 2705 Dawson Ave | Silver Spring, MD 20902 |
| 12833544 | Mijatovic, Vladan | 108 Michigan Avenue NE   Apt. E32 | Washington, DC 20017 |
| 12833545 | Millennium Midwest | 4102 Loop 337 | New Braunfels, TX 78130 |
| 12833546 | Mimeo.com | PO Box 654018 | Dallas, TX 75265–4018 |
| 12833547 | Miranda Garca, Jessica | 17125 Queen Victoria Ct | Gaithersburg, MD 20877 |
| 12833548 | Miranda Garcia, Karen | 2419 Kent Village Hyattsville | Hyattsville, MD 20785 |
| 12833549 | Moki Media Hakki LLC | 1305 Wisconsin Ave NW   Suite 2A | Washington, DC 20007 |
| 12833550 | Molino, Junior Alexander | 13106 Hathaway Dr | Silver Spring, MD 20906 |
| 12833551 | Montes, Sandra | 2564 Chainbridge Rd | Vienna, VA 22181 |
| 12833552 | Moradel, Daniela | 4945 Americana Dr | Annandale, VA 22003 |
| 12833553 | Morales Barreno, Mayron | 7215 Wayne Dr. | Annandale, VA 22003 |
| 12833554 | Mortera, Erick | 4706 N Kilpatrick Av. | Chicago, IL 60630 |
| 12833555 | Moses, Kevin | 2921 20Th St NE | Washington, DC 20018 |
| 12833556 | Moss Adams LLP | 2040 Main St   Suite 900 | Irvine, CA 92614 |
| 12833557 | Nava, Antonia | 24 K St NW | Washington, DC 20001 |
| 12833558 | Nealis, Inge | P.O. 42031, 1210 S. Glebe Rd | Arlington, VA 22204 |
| 12833559 | Neyer, Kristopher | 1600 S Eads St | Arlington, VA 22202 |
| 12833560 | Nguyen, Linda | 752 S. Harrison Street | Arlington, VA 22204 |
| 12833561 | Nickelson, Shaquille | 620 N. Trumbull | Chicago, IL 60624 |
| 12833562 | Nieto Isaula, Marta | 3404 39Th Pl | Brentwood, MD 20722 |
| 12833563 | Nolasco Argueta, Carmen Liseth | 2005 Maryland Avenue   #101 | Washington, DC 20002 |
| 12833564 | Nolasco, Iris | 5408 5Th St NW | Washington DC 20011 |
| 12833565 | Nolasco, Maria | 242 35Th St NE | Washington, DC 20019 |
| 12833566 | Nolasco, Salvador | 242 35Th St NE | Washington, DC 20019 |
| 12833567 | Northwestern Development Company 'B' | 1120 Connecticut Ave NW   Suite 1200 | Washington, DC 20036 |
| 12833568 | Nouira, Mohamed | 7456 Zanuck Ct | Annandale, VA 22003 |
| 12833569 | Novak, Paul Duffy | 950 Westmoor Rd | Winnetka, IL 60093 |

| | | | | |
|---|---|---|---|---|
| 12833570 | Nunez King, Jazmin | 69Th Pl | Hyattsville, MD 20784 | |
| 12833571 | Nunez, Natalie | 4528 Kinmount Rd | Lanham, MD 20706 | |
| 12833575 | O'Neill, Sean | 2424 South Oakland Street | Arlington, VA 22206 | |
| 12833573 | OND PROPERTY LLC | 1 N Dearborn St | Suite 1175 | Chicago, IL 60602 |
| 12833572 | Ojeda–Florian, Dulce | 3168 Hewitt Ave | Silver Spring, MD 20906 | |
| 12833574 | One Source Systems | 1900 Fenwick Street NE | Suite A | Washington DC 20002 |
| 12833576 | Ordonez, Estela | 3701 16Th St NW | Washington, DC 20010 | |
| 12833578 | Orellana, Cesar | 42261 Jessica Farm Terrace | Ashburn, VA 20148 | |
| 12833577 | Orellana, Hilda | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12833589 | PAYTRONIX | 80 Bridge St | Newton, MA 02458 | |
| 12833595 | PFA–D Silver Spring, LLC | PO Box 75383 | Charlotte, NC 28275 | |
| 12833579 | Pacheco Garcia, Leonor | 5223 Kenilworth Avenue | Hyattsville, MD 20781 | |
| 12833581 | Pacheco, Ingrid | 2400 Brightseat Rd | Apt T02 | Hyattsville, MD 20785 |
| 12833580 | Pacheco, Jonothan | 2400 Brightseat Rd | Hyattsville, MD 20721 | |
| 12833582 | Paniagua, Vicente | 716 Chillum Road | Hyattsville, MD 20783 | |
| 12833583 | Parada, Johanna Eliabeth | 6028 Fairview Place | Falls church, VA 22041 | |
| 12833584 | Paredes De Jesus, Luis Miguel | 1424 Chapin St NW | Washington DC 20009 | |
| 12833585 | Pastor, Raquel | 9930 Moss Avenue | Silver Spring, MD 20901 | |
| 12833586 | Patrick, Danita | 4905 Fulton | Chicago, IL 60644 | |
| 12833587 | Patten, Casey | 215 I Street NE | Washington, DC 20002 | |
| 12833588 | Patterson, Keith | 1502 E 74Th Street | Chicago, IL 60619 | |
| 12833590 | Pearson, Timothy O | 3061 Clinton St NE | Washington, DC 20018 | |
| 12833591 | Perez Martinez, Maria | 1011 Rittenhouse St | Washington, DC 20011 | |
| 12833593 | Perez, Isabel Sucely Rojop | 1414 Upshur St NW | APT. 104 | Washington, DC 20011 |
| 12833592 | Perez, Jaime | 3717 Leverton St | Silver Spring, MD 20906 | |
| 12833594 | Perez, Yesica | 527 Four Mile Road | #7 | Alexandria, VA 22305 |
| 12833596 | Phelps, Joshua | 917 W Eastwood Ave | Chicago, IL 60640 | |
| 12833597 | Pilipovic, NIkola | 140 Michigan Ave, NE | Washington, DC 20017 | |
| 12833598 | Polanco Vasquez, Mario | 1414 Upshur St NW | Washington, DC 20011 | |
| 12833599 | Porras, Victor | 506 University Blvd | Silver Spring, MD 20901 | |
| 12833600 | Portillo Umaa, Victor | 1916 Ruatan St | Hyattsville, MD 20783 | |
| 12833601 | Portillo, Ana | 3804 65Th Ave | Hyattsville, MD 20784 | |
| 12833602 | Portillo, Cindy | 1333 Peabody St NW | Washington, DC 20011 | |
| 12833603 | Portillo, Reyna | 3537 11Th Street NW | Apt # 215 | Washington, DC 20010 |
| 12833604 | Posada, Nerys | 4413 Chestnut Street | Bethesda, MD 20814 | |
| 12833639 | ROTO–ROOTER | 5672 Collections Center Dr | Chicago, IL 60693 | |
| 12833606 | Ramirez, Lenny Y | 3435 Holmead Place NW | Apt. 301 | Washington, DC 20010 |
| 12833605 | Ramirez, Saul | 1640 NEw Jersey Ave NW | Washington, DC 20001 | |
| 12833607 | Ramos Canales, Bryan Ruben | 5313 Powhatan Street | Riverdale, MD 20783 | |
| 12833608 | Ramos Perez, Laura Cristina | 2303 11Th St N | Arlington, VA 22201 | |
| 12833609 | Rashid, Douglas | 2420 14Th Street NW | Apt 803 | Washington, DC 20009 |
| 12833610 | Rauada, Ismael | 408 Southampton Drive | Silver Spring, MD 20903 | |
| 12833611 | Rauda, Kevin | 408 Southampton Dr | Silver Spring, MD 20903 | |
| 12833613 | ReD SOLUTIONS | 4102 Loop 337 | New Braunfels, TX 78130 | |
| 12833612 | Recycle Track Systems, Inc. | 435 Hudson St | Suite 404 | New York, NY 10014 |
| 12833614 | Reddix, Essence | 3634 Dean Drive | Hyattsville, MD 20782 | |
| 12833615 | Reed, Melissa | 9023 South Houston Avenue | Chicago, IL 60617 | |
| 12833616 | Regency Enterprises Inc. | PO Box 205325 | Dallas, TX 75320 | |
| 12833617 | Repair 24 | PO Box 201 | The Plains, VA 20198 | |
| 12833618 | Reyes Larios, Reyna | 4529 38Th Street | Brentwood, MD 20722 | |
| 12833619 | Reyes, Blanquita | 144 Patrick St Se | Vienna, VA 22180 | |
| 12833620 | Reyes, Irene | 8625 Piney Branch Rd | Silver Spring, MD 20901 | |
| 12833621 | Reyes, Javier | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12833622 | Reyes, Juan | 1362 Quincy St, NW | Washington, DC 20011 | |
| 12833623 | Reyes, Nancy | 1430 Tuckerman St NW | Washington, DC 20011 | |
| 12833625 | Reyes, Sarahi | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12833626 | Reyes, Vanessa A | 3408 65 Avenue | Hyattsville MD 20784 | |
| 12833624 | Reyes, Yenny | 8623 Piney Branch Rd | Silver Spring, MD 20901 | |
| 12833627 | Rivera III, Eligio | 2451 W Homer St. | Chicago, IL 60647 | |
| 12833628 | Rivera, Dixiana | 3356 Chillum Rd | Mount Rainier, MD 20712 | |
| 12833629 | Rivera, Joshua | 2451 W. Homer St | Chicago, IL 60647 | |
| 12833630 | Rivera, Sandra L | 1515 Ogden Street NW | Washington, DC 20010 | |
| 12833631 | Roberts, Bryant | 7523 Cross Street | District Heights, MD 20747 | |
| 12833632 | Robinson, Steven | 905 21St Street NE | Apt. 303 | Washington, DC 20002 |
| 12833633 | Rocha, Andrea D | 7259 Parkwood Ct | Apt 202 | Falls Church, VA 22042 |
| 12833635 | Rodriguez, Guadalupe | 2012 S Langley St | Arlington, VA 22204 | |
| 12833634 | Rodriguez, Suyapa | 3132 16Th St NW | Washington, DC 20010 | |
| 12833636 | Ropes & Gray LLP | 1211 Avenue of the Americas | New York, NY 10016 | |
| 12833637 | Rosa Reyes, Gissel Charlot | 4811 69Th Place | Hyattsville, MD 20784 | |
| 12833638 | Rosenberger, Eric | 6499 Spring Plow Ln | Columbia, MD 21045 | |
| 12833640 | Ruano, Mariela | 6918 Columbia Dr | Alexandria, VA 22307 | |
| 12833641 | Ruiz Urbina, Sindy | 1 East Custis Ave | Alexandria, VA 22301 | |
| 12833642 | Ruiz, Vilma | 1445 Otis Pl NW | Washington DC 20010 | |
| 12833666 | SHRED ACE | PO Box 15519 | Durham, NC 27704 | |
| 12833670 | SODIBAR SYSTEMS, INC. | 5801 Arbor St | Hyattsville, MD 20710 | |
| 12833684 | SYSCO BALTIMORE | 8000 Dorsey Run Rd | Jessup, MD 20794 | |
| 12833643 | Saavedra Palma, Cinthia Aracely | 3258 Queenstown Dr | Mount Rainier, MD 20712 | |
| 12833644 | Saavedra, Edgar | 3404 39Th Pl, 3404 39Th Pl | Brentwood, MD 20722 | |

| | | | | |
|---|---|---|---|---|
| 12833645 | Salesforce.com Inc | The Landmark @ One Market | Suite 300 | San Francisco, CA 94105 |
| 12833646 | Salmeron, Nathaly | 5705 Jamestown Rd | Hyattsville, MD 20782 | |
| 12833647 | Sam Hurd Photography | 917 Army Road | Townson, MD 21204 | |
| 12833648 | Samol, Cristina | 309 N George Mason Drive | Apt. 3 | Arlington, VA 22203 |
| 12833649 | Sanchez, Candida | 7303 16Th Place | Hyattsville, MD 20783 | |
| 12833652 | Sanchez, Ever Bladimir | 6101 16Th Street NW | Apt. 709 | Washington, DC 20011 |
| 12833653 | Sanchez, Jessica | 1616 West Carmen | Chicago, IL 60640 | |
| 12833650 | Sanchez, Marc | 12804 Tamarack Rd | Silver Spring, MD 20904 | |
| 12833654 | Sanchez, Marcos | 6177 Arlington Blvd | Falls Church, VA 22044 | |
| 12833651 | Sanchez, Marisol | 4938 S Seeley Ave | Chicago, IL 60609 | |
| 12833655 | Sanchez, Monica | 201 36Th Street NE | Apt. 102 | Washington, DC 20019 |
| 12833656 | Santeliz, Mauricio | 11434 Lockwood Drive | Silver Spring, MD 20904 | |
| 12833657 | Santos, Josue V | 6359 Staghorn Ct | Alexandria, VA 22315 | |
| 12833658 | Saravia, Erika | 6028 Fairview Pl | Falls church, VA 22041 | |
| 12833659 | Secretary of Treasury | 15th & Pennsylvania Avenue, N.W. | Washington, DC 20220 | |
| 12833660 | Sedra, Kamal N | 801 N Wakefield St | Apt 212 | Arlington, VA 22203 |
| 12833661 | Severino, Maria Esther | 4243 58Th Ave | Bladensburg, MD 20710 | |
| 12833662 | Sevilla, Karla | 1035 Perry St NE | Washington DC 20017 | |
| 12833663 | Sgrignoli, Bionca | 7149 S Damen Ave | Chicago, IL 60636–3716 | |
| 12833664 | Sgrignoli, Victoria | 7149 South Damen | Chicago, IL 60636 | |
| 12833665 | Shoes For Crews LLC | PO Box 504634 | St Louis, MO 63150–4634 | |
| 12833667 | Siguenza, Gabriela | 5109 10Th Place South | Arlington, VA 22204 | |
| 12833668 | Snak King | 62563 Collection Center Dr | Chicago, IL 60693–0123 | |
| 12833669 | Sneed, Onisha | 2207 E 75Th St | Chicago, IL 60458 | |
| 12833671 | Solis–Lazo, Efrain | 4313 57Th Ave | Bladensburg, MD 20710 | |
| 12833672 | Sorto, Brenda | 2906 Kings Chapel Rd. | Falls Church, VA 22042 | |
| 12833673 | Sorto, Josue | 1839 13Th St NW | Washington, DC 20009 | |
| 12833674 | Sorto, Priscilla | 7400 Lucerne Lane | Annandale, VA 22003 | |
| 12833675 | Speier, Robert | 7106 Old Gate Rd | Rockville, MD 20852 | |
| 12833676 | Speller, Patrick | 601 Fairmont St NW | Washington DC 20001 | |
| 12833677 | Stanojevic, Strahinja | 410 S Whiting Street | Alexandria, VA 22304 | |
| 12843179 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 12833678 | Stevens, Jasmine | 2002 Powhatan Rd | Hyattsville, MD 20782 | |
| 12833679 | Stevens, Londyn J | 6023 New Forest Court Apt. 5 | Waldorf, MD 20603 | |
| 12833680 | Stevenson, Cheyenne | 5208 Decatur St | Hyattsville, MD 20781 | |
| 12833681 | Strong, Imani | 2001 Mississippi Ave Se | Washington, DC 20020 | |
| 12833682 | Strong, Lonnie | 6209 S Michigan Ave | Chicago, IL 60637 | |
| 12833683 | Superior Signs | 2510 Willis Road | Richmond, VA 23237 | |
| 12833685 | Sysco Chicago Inc. | 250 Weiboldt Drive | Des Plaines, IL 60016 | |
| 12833688 | THE O'KEEFE GROUP, INC. | PO Box 1240 | Attleboro, MA 02703 | |
| 12833686 | Testa Produce, Inc. | 4555 S. Racine Ave | Chicago, IL 60609 | |
| 12833687 | The Door Marketing Group, LLC | 37 W. 17th Street | Fifth Floor | New York, NY 10011 |
| 12833689 | The Playlist Generation | 6121 Sunset Blvd | Los Angeles, CA 90028 | |
| 12833690 | Thorton, Donovan | 1103 Abbey Pl NE | Washington, DC 20002 | |
| 12833691 | Tinker, Raylon | 434 Delafield Pl. NW | Washington, DC 20011 | |
| 12833692 | Triaji, Fachri | 9719 51St Avenue | College Park, MD 20740 | |
| 12833693 | Triton Imaging Systems | 31320 Via Colinas | Suite 103 | Westlake Village, CA 91362 |
| 12833694 | Trujillo, Daniel | 5611 Quincy St | Hyattsville, MD 20784 | |
| 12833695 | Tucux Chaj, Aura | 1203 7Th St, NW | washington, DC 20001 | |
| 12833696 | Turcios, Keily Nahomy | 15 Maccausland Pl | Gaithersburg, MD 20877 | |
| 12833700 | US Department of Justice | Ben Franklin Station | PO Box 683 | Washington DC 20044 |
| 12833697 | Ulloa, Jorge | 847 Saint Michaels Drive | Bowie, MD 20721 | |
| 12833698 | Ulloa–Santos, Zuleima | 1445 Park Rd NW | Washington, DC 20010 | |
| 12833699 | Upshaw, Nakye | 2206 Alice Avenue | Oxon Hill, MD 20745 | |
| 12833716 | VORNADO CHARLES E. SMITH | 1901 S Bell St | Suite 150 | Arlington, VA 22202 |
| 12833701 | Vail Vicente, Francisco Ivan | 411 N. Glebe Road | Arlington, VA 22203 | |
| 12833702 | Valdez, Bessi | 7742 Frederick Rd | Hyattsville, MD 20784 | |
| 12833703 | Vanegas–Lacan, Michelle | 3105 Georgia Ave NW | Washington, DC 20010 | |
| 12833705 | Vasquez, Edardo | 2406 Brightseat Road | Landover, MD 20785 | |
| 12833706 | Vasquez, Herlinda | 106 N Thomas Street #1 | Arlington, VA 22203 | |
| 12833704 | Vasquez, Santa | 1033 Quebec Pl NW | Washington, DC 20010 | |
| 12833707 | Vaughan, Elijah A | 305 N Latrobe Ave | Chicago, IL 60644 | |
| 12833708 | Vazquez, Johnathan | 1907 S 50Th Ct | Cicero, IL 60804 | |
| 12833709 | Vazquez, Krystal | 1907 South 50Th Ct | Cicero, IL 60804 | |
| 12833710 | Velasquez, Ana | 2516 Eliot Pl | Temple Hills, MD 20748 | |
| 12833711 | Velasquez, Carolina | 5740 Colorado Ave NW | Washington DC 20011 | |
| 12833712 | Veney, David Ralph Leon | 1009 Kennebec Street | Unit 3B | Oxon Hill, MD 20745 |
| 12833713 | Vicente Gomez, Doris Y. | 411 N. Glebe Road | Apt. 4 | Arlington, VA 22099 |
| 12833714 | Villatoro, Kenia | 8800 Bradford Rd | Silver Spring, MD 20901 | |
| 12833715 | Vizarretea Solis, Guadalupe | 8625 Piney Branch | Silver Spring, MD 20901 | |
| 12833720 | WHARF PHASE 1 RETAIL REIT LEASEHOLDER | 690 Water St SW | Washington, DC 20024 | |
| 12833717 | Walker, Andrea | 1316 Fenwick Lane | Silver Spring, MD 20910 | |
| 12833718 | Washington, Alan | 1226 Faraday Place NE | Washington, DC 20017 | |
| 12833719 | Wease, Kattie L | 12501 | Rockville, MD 20902 | |
| 12833721 | Whealton, Lyric | 506 45Th Street NE | Washington, DC 20019 | |
| 12833722 | Williams, Tiffany | 4071 Minnesota Avenue | Apt. 23 | Washington, DC 20019 |
| 12833723 | Zavala, Jeffrey | 5111 8Th Rd S | Arlington, VA 22204 | |

12833724    Zuaso, Milton         6630 Georgia Ave NW        Washington, DC 20012

TOTAL: 454